**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AC 1 | F5516382 | W | |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 11 15 2/1 | FR 1.8(d) |

Place of Offense: FR 222

Offense Description: Factual Basis for Charge — HAZMAT ☐

Possessing a dog not on leash or otherwise confined

DEFENDANT INFORMATION — Phone

| Last Name | First Name | M.I. |
|---|---|---|
| Bowers | Joshua | N |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | 1737 | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| D | | AZ | |

☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair | Eyes | Height | Weight

VEHICLE — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 04 | Nash/CT | | WHI |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT →** www.cvb.uscourts.gov $ ______ Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court ... Flagstaff, AZ ...6001

Date (mm/dd/yyyy): [illegible]

Time (hh:mm): [illegible]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

*F5516382*

Previous edition is obsolete — FS-5300-4 (7/2022)

24-04369-MJ-01-PCT-CDB

USDA Forest Service **STATEMENT OF PROBABLE CAUSE**

Location: A51
CASE NUMBER
[illegible]

I state than on September 8, 2024, while exercising my duties as a Forest Protection Officer in the Federal District of Arizona, I was patrolling Forest Road 222 in a marked Forest Service vehicle while in full uniform. At about 11:50 I came across a Chevy Tahoe and a camper trailer which appeared to be camped off the side of the road, and I decided to make a voluntary contact to speak with the camp owners. I announced myself as "Graham with the Forest Service" as I walked into the camp. A male who was sitting outside the camper began to approach me as did the dog that had been sitting next to him unrestrained. At about the same time 2 more dogs exited the camper, and all 3 dogs approached me. The male who I later identified as JOSHUA BOWERS via his Arizona Driver's License was beginning to converse with me, but paying no mind to his 3 dogs that were approaching me; 1 of them approaching quite close while loudly barking. I asked him to get his dogs because they were making me feel unsafe. A woman who had come out of the camper began to round up the dogs back towards the trailer. I had a short conversation with JOSHUA BOWERS who was hesitant to answer the basic questions I was asking, before announcing that I was going to record the license plate of his trailer and then I would be leaving.

I walked around the trailer towards the back to record the license plate when the same dog that had approached me while loudly barking previously, came underneath the trailer and approached me in the same manner. I again requested that the camp owners get their dogs, this time stating that having a dog off leash is illegal and also stating that I did not appreciate the way the dog was aggressively approaching me. It was at this time that JOSHUA BOWERS raised his voice, stating that I had walked into their campsite and that the dogs were in the trailer. He said, "You want to walk into my camp and tell me my dogs are an issue?" I then asked JOSHUA BOWERS who I had not yet identified for an identification to look at. He loudly stated "You aren't getting shit! We didn't do anything wrong. You can get the hell out of here!" At this point I left and informed Forest Service Law Enforcement Officer Robert Shelton of the interaction.

Later that day around 16:00, Officer Shelton along with Coconino County Sherrif Patrol Sergeant Jess Payne met up with me to contact the camp. At that time with the help of Officer Shelton and Sergeant Payne we were able to identify the owner of the camp/dog as JOSHUA BOWERS, and he was issued a violation notice for 36 CFR 261.8(d), possessing a dog not on leash or otherwise confined.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: September 8, 2024 ____________________
Date Officer's Signature

Graham Whitney
Officer's Printed Name and Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: 10/15/2024 ____________________
Date U.S. Magistrate Judge

**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| [illegible] | F5516383 | [illegible] | |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| [illegible] | [illegible] 1.10(b) |

Place of Offense: FR222 / FR519

Offense Description: Factual Basis for Charge: [illegible]

DEFENDANT INFORMATION | Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Bowers | [illegible] | N |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| [illegible]oster | SC | 29737 | [illegible] |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | |

☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair [illegible] | Eyes [illegible] | Height | Weight

VEHICLE | VIN: | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| [illegible] | AZ | [illegible] | [illegible] | | WHI |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT → www.cvb.uscourts.gov | $ ____ Total Collateral Due |

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court [illegible] N San Francisco [illegible], AZ 860[illegible] | 10/[illegible]/20[illegible] |
| | Time (hh:mm) [illegible]:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ________

Officer's Copy (Pink)

Previous edition is obsolete

*F5516383*

FS-5300-4 (7/2022)



USDA Forest Service STATEMENT OF PROBABLE CAUSE

Location: A51
CASE NUMBER

I state than on September 8, 2024, while exercising my duties as a Forest Protection Officer in the Federal District of Arizona, I was patrolling Forest Road 222 in a marked Forest Service vehicle while in full uniform. At about 11:50 I came across a Chevy Tahoe and a camper trailer which appeared to be camped off the side of the road, and I decided to make a voluntary contact to speak with the camp owners. I announced myself as "Graham with the Forest Service" as I walked into the camp. A male who I would later identify using his Arizona Driver's License as JOSHUA BOWERS was sitting outside the camper, and he approached and began to speak to me. A woman also exited the trailer to hear the conversation. I asked JOSHUA BOWERS where they were from and how long they were camping here, to which he stated that it did not matter where they were from and that I could see his license plate said Arizona if it mattered. He also told me they would be camping here for 2 weeks, and stated that they bounce back and forth every 2 weeks between the Coconino National Forest and the Apache-Sitgreaves National Forest. Later in the contact after I was approached multiple times by his off leash dogs, I asked JOSHUA BOWERS for identification but was denied when he stated "You aren't getting shit! We didn't do anything wrong. You can get the hell out of here!"

I returned to the camp later with Forest Service Law Enforcement Officer Robert Shelton and Coconino County Sheriffs Office Patrol Sergeant Jess Payne. It was at this point that the camp owner provided a driver's license, and we were finally able to identify him as JOSHUA BOWERS. He was spoken to regarding and cited for the off leash dog, and was also asked about where he had been staying on the National Forest. When Officer Shelton asked where he had been camped previously, JOSHUA BOWERS stated he was previously on the Coconino. When he was reminded that he was currently on the Coconino, he stated that they were previously camped in Happy Jack, which is also on the Coconino National Forest. JOSHUA BOWERS also stated in regards to the off leash dog that his dog was trained to protect his wife and kids. He stated that this(their camper/campsite) is their home, saying they live here and have no other option and that the dog is trained to protect their home. JOSHUA BOWERS was told that residential use on the National Forest is not allowed, and he was issued a violation notice for 36 CFR 261.10(b), occupying or using a residence on National Forest System lands.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: September 8, 2024
Date Officer's Signature

Graham Whitney
Officer's Printed Name and Badge Number

Probable cause has been stated for the issuance of a warrant

Executed on: 10/15/2024
Date U.S. Magistrate Judge